IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01CV36-01-MU

JERRY ALLEN BAILEY,            )
                               )
       Plaintiff,           )
                               )
       v.                   )        **O R D E R**
                               )
R. LOCKE BELL, et al.,         )
                               )
       Defendants.          )
_____)

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Dismiss the Filing Fee, filed June 20, 2005.

Plaintiff filed his Complaint in the instant case on January 18, 2001. On February 16, 2001, this Court sent Plaintiff an order informing him that a plaintiff in a civil action was required to pay a 150.00 filing fee. The Order further informed Plaintiff that if he did not have the funds to pay the filing fee in one installment he would be required to submit partial payments. Plaintiff was specifically informed that he would be required to make partial payments until the entire fee was paid.

Plaintiff has now filed a motion asserting that he should not have to pay the filing fee. More specifically, Plaintiff asserts that the lack of a written agreement concerning the filing fee requires that he should not be responsible for paying the fee.

No written agreement is necessary.  Plaintiff's motion is denied.

This the 14th day of April 2006.

_____
United States District Judge